## GREEN agt. COX

William Green assigne of John Watts plaint. ag<sup>t</sup> John Cox of Boston Defend<sup>t</sup> in an action of the case for non payment of three pound in mony due by bill under the hand of s<sup>d</sup> Cox dat<sup>d</sup> the. 12th day of this instant x<sup>br</sup> and assigned the same day unto said Green by afores<sup>d</sup> Watts with other due damages according to attachm<sup>t</sup> dat<sup>d</sup> x<sup>br</sup> 26° 1676. . . . The Jury . . . found for the plaintife three pounds mony & costs of Court allow<sup>d</sup> twenty one Shilling four pence.

Execucion issued Feb<sup>ry</sup> 15° 1676. [ 422 ]

## GOULDING ag<sup>t</sup> STANFORD

Peter Goulding plaint. ag<sup>t</sup> Robert Stanford Defend<sup>t</sup> in an action of the case for not paying him four pound ten Shillings or thereabouts taken from him by Execution granted upon a judgem<sup>t</sup> against the s<sup>d</sup> Goulding obtained by John Nash as plaint. ag<sup>t</sup> him the s<sup>d</sup> Goulding as Surety of the s<sup>d</sup> Stanford at a Commission<sup>rs</sup> Court held at Boston on the. 16th day of May. 1671. & all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> 23. 9<sup>br</sup> 1676. . . . The Jury . . . found for the plaintife Six pound & costs of Court

## WOODCOCK agt. SUTTON

William Woodcock of Hingham plaint. ag<sup>t</sup> John Sutton of Scituate Defend<sup>t</sup> in an action of the case to the value of five pounds for the s<sup>d</sup> Sutton the two Summers last past cutting & carrying away the s<sup>d</sup> Woodcocks grass off two parcells of his Salt Marsh at a place called Connihasset lying on the Southward side of the River next Scituate, one of the s<sup>d</sup> parcells the s<sup>d</sup> Woodcock purchased of Jonas Austin & the other parcell granted him by the Town of Hingham & setting up new stakes for Land markes in the s<sup>d</sup> Marsh, which was purchased of Jonas Austin which make the title of the s<sup>d</sup> Woodcocks Marsh Litigious, with all due damages according to attachm<sup>t</sup> dat<sup>d</sup> Octob<sup>r</sup> 12° 1676. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court allow<sup>d</sup> Fourty four Shillings two pence.